UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE CROSSTOWN SHIPPING <br> & SUPPLY CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HARBORTOUCH, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-748 (CMH/TCB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on Plaintiff The Crosstown Shipping & Supply Company LLC's failure to comply with the Court's Order of June 26, 2018 (Dkt. 4).

On June 20, 2018, Plaintiffs The Crosstown Shipping & Supply Company LLC and Papa Balla Seye filed a complaint against Defendant Harbortouch. The Crosstown Shipping & Supply Company LLC is a business organized under the laws of the Commonwealth of Virginia, and Papa Balla Seye is an individual who is the owner of The Crosstown Shipping & Supply Company LLC. Despite being a business entity, The Crosstown Shipping & Supply Company LLC was not represented by counsel, with Papa Balla Seye attempting to represent it despite Papa Baya Seye proceeding pro se himself and therefore not being an attorney admitted to practice before this Court.

On June 26, 2018, the Court issued an Order directing The Crosstown Shipping & Supply Company LLC to secure counsel to make an appearance on its behalf within fourteen days, as legal entities, such as businesses, cannot appear in federal court without counsel. The Court warned that failure to comply with the Order may result in The Crosstown Shipping & Supply

1

Company LLC being dismissed as a party in this action.

A court may dismiss an action for failure to comply with a court order. FED. R. CIV. P. 41(b); Ballard v. Carlson, 882 F.2d 93, 95 (4th Cir. 1989) ("The Federal Rules of Civil Procedure recognize that courts must have the authority to control litigation before them, and this authority includes the power to order dismissal of an action for failure to comply with court orders."). The Court's Order dated June 26, 2018, explicitly directed The Crosstown Shipping & Supply Company LLC to retain counsel to make an appearance on its behalf. The Court's Order further explicitly warned The Crosstown Shipping & Supply Company LLC that failure to do so within fourteen days of the Order could result in its dismissal from this action. Despite such a warning, The Crosstown Shipping & Supply Company LLC failed to comply the Court's Order, meaning that dismissal of The Crosstown Shipping & Supply Company LLC from this action without prejudice is appropriate.

Accordingly, the undersigned U.S. Magistrate Judge RECOMMENDS that The Crosstown Shipping & Supply Company LLC be DISMISSED as a party in this action without prejudice.

## NOTICE

The parties are advised that objections to this Report and Recommendation, pursuant to 28 U.S.C. § 636 and Rule 72(b) of the Federal Rules of Civil Procedure, must be filed within fourteen (14) days of its service. Failure to object to this Report and Recommendation waives appellate review of any judgment based on it.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

July 13th, 2018
Alexandria, Virginia