IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| THE CROSSTOWN SHIPPING & SUPPLY CO., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-748 |
| HARBORTOUCH, | ) ) ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated July 13, 2018, in response to Plaintiff Crosstown Shipping & Supply Company LLC's failure to comply with the Magistrate Judge's Order of June 26, 2018. The parties have not filed objections, and the time for filing such objections has lapsed.

Having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the ruling of the Magistrate Judge. It is hereby

ORDERED that the Crosstown Shipping & Supply Company LLC be DISMISSED as a party in this action without prejudice.

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 30, 2018